1  COLIN O'BRIEN, SB No. 309413
   cobrien@earthjustice.org
2  ADRIENNE BLOCH, SB No. 215471
   abloch@earthjustice.org
3  HEATHER M. LEWIS, SB No. 291933
   hlewis@earthjustice.org
4  EARTHJUSTICE
   50 California Street, Suite 500
5  San Francisco, CA  94111
   Tel. (415) 217-2000 / Fax. (415) 217-2040
6
   *Attorneys for Proposed Defendant-Intervenors*
7  *Sierra Club and San Francisco Baykeeper*

8  JESSICA YARNALL LOARIE, SB No. 252282
   jessica.yarnall@sierraclub.org
9  JOANNE SPALDING, SB No. 169560
   joanne.spalding@sierraclub.org
10 SIERRA CLUB
   2101 Webster Street, Suite 1300
11 Oakland, CA 94612
   Tel. (415) 977-5636 / Fax. (510) 208-3140
12
   *Attorneys for Proposed Defendant-Intervenor*
13 *Sierra Club*

14 (List of Counsel continued on next page)

15
                    UNITED STATES DISTRICT COURT
16               FOR THE NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
17

18
   OAKLAND BULK & OVERSIZED TERMINAL,        Case No. 16-cv-7014-VC
19 LLC,

20         Plaintiff,                         **[PROPOSED] ORDER GRANTING
                                              MOTION TO INTERVENE**
21     v.

22 CITY OF OAKLAND,

23         Defendant,

24     and

25 SIERRA CLUB and SAN FRANCISCO
   BAYKEEPER,
26
           Proposed Defendant-Intervenors.
27

28

1  DANIEL P. SELMI, SB No. 67481
   dselmi@aol.com
2  919 Albany Street
   Los Angeles, CA 92662
3  Tel. (213) 736-1098 / Fax. (949) 675-9871

4  *Attorney for Proposed Defendant-Intervenor*
   *Sierra Club*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | Having considered the Motion to Intervene by Sierra Club and San Francisco Baykeeper,
2 | supporting papers, and responses of the parties, and being fully advised, the Court hereby **ORDERS**
3 | that the Motion to Intervene is **GRANTED**. Sierra Club and San Francisco Baykeeper are
4 | **GRANTED** leave to intervene as defendants in this litigation pursuant to Rule 24(a) of the Federal
5 | Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE