1  COLIN O'BRIEN, SB No. 309413
   cobrien@earthjustice.org
2  ADRIENNE BLOCH, SB No. 215471
   abloch@earthjustice.org
3  HEATHER M. LEWIS, SB No. 291933
   hlewis@earthjustice.org
4  EARTHJUSTICE
   50 California Street, Suite 500
5  San Francisco, CA  94111
   Tel. (415) 217-2000 / Fax. (415) 217-2040
6
   *Attorneys for Proposed Defendant-Intervenors*
7  *Sierra Club and San Francisco Baykeeper*

8  JESSICA YARNALL LOARIE, SB No. 252282
   jessica.yarnall@sierraclub.org
9  JOANNE SPALDING, SB No. 169560
   joanne.spalding@sierraclub.org
10 SIERRA CLUB
   2101 Webster Street, Suite 1300
11 Oakland, CA 94612
   Tel. (415) 977-5636 / Fax. (510) 208-3140
12
   *Attorneys for Proposed Defendant-Intervenor*
13 *Sierra Club*

14 (List of Counsel continued on next page)

15
                UNITED STATES DISTRICT COURT
16            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
17

18
   OAKLAND BULK & OVERSIZED TERMINAL,        Case No. 16-cv-7014-VC
19 LLC,

20          Plaintiff,                       **SIERRA CLUB'S AND SAN FRANCISCO
                                             BAYKEEPER'S CERTIFICATION OF
21     v.                                    INTERESTED ENTITIES OR PERSONS**

22 CITY OF OAKLAND,

23          Defendant,

24          and

25 SIERRA CLUB and SAN FRANCISCO
   BAYKEEPER,
26
            Proposed Defendant-Intervenors.
27

28

                                    1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS — Case No. 16-cv-7014-VC

1  DANIEL P. SELMI, SB No. 67481
   dselmi@aol.com
2  919 Albany Street
   Los Angeles, CA 92662
3  Tel. (213) 736-1098 / Fax. (949) 675-9871

4  *Attorney for Proposed Defendant-Intervenor*
   *Sierra Club*

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: February 16, 2017                    Respectfully submitted,

                                               /s/ Colin O'Brien
COLIN O'BRIEN, SB No. 309413
cobrien@earthjustice.org
ADRIENNE BLOCH, SB No. 215471
abloch@earthjustice.org
HEATHER M. LEWIS, SB No. 291933
hlewis@earthjustice.org
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040

*Attorneys for Proposed Defendant-Intervenors
Sierra Club and San Francisco Baykeeper*

JESSICA YARNALL LOARIE, SB No. 252282
jessica.yarnall@sierraclub.org
JOANNE SPALDING, SB No. 169560
joanne.spalding@sierraclub.org
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel. (415) 977-5636 / Fax. (510) 208-3140

DANIEL P. SELMI, SB No. 67481
DSelmi@aol.com
919 Albany Street
Los Angeles, CA 90015
Tel. (949) 922-7926 / Fax: (510) 208-3140

*Attorneys for Proposed Defendant-Intervenor
Sierra Club*