UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Oakland Bulk & Oversized Terminal, LLC<br><br>  Plaintiff,<br><br>vs.<br><br>City of Oakland<br><br>  Defendant. | Case Number: 3:16-CV-7014-VC<br><br>[PROPOSED] ORDER DENYING THE CITY OF OAKLAND'S REQUEST TO COMPEL RESPONSES TO CONTENTION INTERROGATORIES |

Now before the Court is Defendant City of Oakland's (the "City's") request that Plaintiff Oakland Bulk & Oversized Terminal, LLC ("OBOT") be compelled to respond to contention interrogatories propounded by the City immediately, weeks in advance of the close of fact discovery set by this Court (October 20, 2017). Upon consideration of the joint letter submitted by the parties, and all other materials deemed necessary by the Court, the Court finds that the City of Oakland has not met its burden of justification and hereby DENIES the City's request.

IT IS SO ORDERED.

Dated: October 3, 2017

_____

The Honorable Vince Chhabria
Judge, United States District Court
for the Northern District of California