XAVIER BECERRA
Attorney General of California
SALLY MAGNANI
Senior Assistant Attorney General
SUSAN S. FIERING (SBN 121621)
Supervising Deputy Attorney General
ROSE B. FUA (SBN 119757)
MARY THARIN (SBN 293335)
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone: (510) 879-0190
  Fax: (510) 622-2270
  E-mail:  Rose.Fua@doj.ca.gov
*Attorneys for the State of California by and through*
*Xavier Becerra, Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **OAKLAND BULK & OVERSIZED TERMINAL, LLC,**<br><br>                     Plaintiff,<br><br>    v.<br><br>**CITY OF OAKLAND, ET AL.,**<br><br>                     Defendants. | Case No. 3:16-cv-07014-VC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE THE STATE OF CALIFORNIA, BY AND THROUGH XAVIER BECERRA, ATTORNEY GENERAL**<br><br>Date:   January 10, 2018<br>Time:  10:00 a.m.<br>Court: No. 4, 17th Floor<br>Judge: Honorable Vince Chhabria |

1  Before the Court is the Motion to file an amicus curiae brief by the State of California, by
2  and through Xavier Becerra, Attorney General, in support of Defendants for Summary Judgment.
3  Having considered the pleadings and good cause appearing, the above-listed amici's
4  Motion is hereby GRANTED and it is hereby ORDERED that the brief attached to that Motion
5  shall be deemed filed.

7  IT IS SO ORDERED.

9  Dated: _____       By: _____
                                             Honorable Vince Chhabria
                                             United States District Judge