Barbara J. Parker (SBN 69722)
City Attorney
Otis McGee, Jr. (SBN 71885)
Chief Assistant City Attorney
Colin Troy Bowen (SBN 152489)
Supervising Deputy City Attorney
OAKLAND CITY ATTORNEY
One Frank Ogawa Plaza, 6th Floor
Oakland, CA 94612
Tel: 510.238.3601    Fax: 510.238.6500

Kevin D. Siegel (SBN 194787)
E-mail: ksiegel@bwslaw.com
Gregory R. Aker (SBN 104171)
E-mail: gaker@bwslaw.com
Timothy A. Colvig (SBN 114723)
E-mail: tcolvig@bwslaw.com
Christopher M. Long (SBN 305674)
E-mail: clong@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA  94612-3501
Tel: 510.273.8780    Fax: 510.839.9104

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OAKLAND BULK & OVERSIZED TERMINAL, LLC,<br><br>             Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>             Defendant.<br><br>SIERRA CLUB and SAN FRANCISCO BAYKEEPER,<br><br>             Defendant-Intervenors. | Case No.  3:16-cv-07014-VC<br><br>**DEFENDANT'S AND DEFENDANT-INTERVENORS' JOINT DESIGNATIONS OF DEPOSITION TESTIMONY**<br><br>Trial Date:   January 16, 2018<br>Time:         8:30 a.m.<br>Ctrm.:        No. 2, 17th Floor<br>Judge:        Honorable Vince Chhabria |

Pursuant to paragraph 37 of the Standing Order for Civil Trials, Defendant City of Oakland and Defendant-Intervenors Sierra Club and San Francisco Baykeeper hereby submit their joint designations of deposition testimony for the following witnesses:

1. Attached hereto as **Exhibit 1** are Defendant's and Defendant-Intervenors' joint designations of testimony from the deposition of Philip Tagami, taken on October 6 and 20, 2017.[1]

2. Attached hereto as **Exhibit 2** are Defendant's and Defendant-Intervenors' joint designations of testimony from the deposition of Mark McClure, taken on October 12, 2017.

3. Attached hereto as **Exhibit 3** are Defendant's and Defendant-Intervenors' joint designations of testimony from the deposition of Edward Leibsch, taken on October 17, 2017.

4. Attached hereto as **Exhibit 4** are Defendant's and Defendant-Intervenors' joint designations of testimony from the deposition of Marcel Veilleux, taken on October 17, 2017.

5. Attached hereto as **Exhibit 5** are Defendant's and Defendant-Intervenors' joint designations of testimony from the deposition of James Wolff, taken on October 10, 2017.[2]

6. Attached hereto as **Exhibit 6** is a copy of Plaintiff's Objection Key, which contains definitions of Plaintiff's abbreviations for various objections.

---

[1] Plaintiff provided its objections and counter-designations for Mr. Tagami's two depositions on January 9, 2018 at 2:47 pm. Plaintiff expressly reserved the right to make additional objections or counter-designations in the future. Accordingly, and given the short turnaround time that Plaintiff afforded Defendants to provide (1) further objections to Plaintiff's counter-designations and (2) counter-counter designations, Defendants expressly reserve the right to make additional objections and/or counter-counter designations for Mr. Tagami's depositions.

[2] OBOT refused to provide objections or counter designations in response to Defendants' designations of testimony from the deposition of James Wolff, claiming that Defendants' designations, which were provided to OBOT's counsel on January 8, 2018, were provided too late for OBOT to provide objections and counter designations. OBOT similarly did not provide any further counter-designations or objections after Defendants provided objections and counter-designations to OBOT's Wolff designations on the same date. Several other witness designations were simultaneously being exchanged among the parties at the same time, and through the late afternoon of January 9. Defendants remain willing to meet and confer with OBOT's counsel to allow both parties to provide objections and counter designations on both sets of Wolff designations after this filing.

| | | |
|---|---|---|
| 1 | Dated: January 9, 2018 | BURKE, WILLIAMS & SORENSEN, LLP |
| 2 | | |
| 3 | | By: */s/ Christopher M. Long* |
| 4 | |     Kevin D. Siegel |
| | |     Gregory R. Aker |
| 5 | |     Timothy A. Colvig |
| | |     Christopher M. Long |
| 6 | |     Attorneys for Defendant |
| | |     CITY OF OAKLAND |
| 7 | Dated: January 9, 2018 | EARTHJUSTICE |

9                                               By: */s/ Colin O'Brien*

10                                               Colin O'Brien
Attorneys for Defendant-Intervenors
SIERRA CLUB and SAN FRANCISCO BAYKEEPER

### **ATTESTATION**

I, Christopher M. Long, am the ECF user whose ID and password are being used to file this "Defendant's and Defendant-Intervenors' Joint Designations of Deposition Testimony." Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that Colin O'Brien has concurred in the filing of this document.

DATED: January 9, 2018                                      */s/ Christopher M. Long*
                                                              Christopher M. Long