1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Robert P. Feldman (Bar No. 69602)
2    bobfeldman@quinnemanuel.com
     David Myre (Bar No. 304600)
3    davidmyre@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
5  Telephone:     (650) 801-5000
   Facsimile:      (650) 801-5100
6

7  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Meredith M. Shaw (Bar No. 284089)
8    meredithshaw@quinnemanuel.com
   50 California Street, 22nd Floor
9  San Francisco, CA  94111
   Telephone:     (415) 875-6600
10

11 Attorneys for Plaintiff
   OAKLAND BULK & OVERSIZED TERMINAL, LLC

12                      UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                            SAN FRANCISCO DIVISION

15

| OAKLAND BULK & OVERSIZED TERMINAL, LLC | Case No. 3:16-cv-07014-VC |
|---|---|
| Plaintiff, | **PLAINTIFF OAKLAND BULK & OVERSIZED TERMINAL, LLC'S DEPOSITION AND DISCOVERY DESIGNATIONS** |
| vs. | |
| CITY OF OAKLAND, | Ctrm:  No. 2, 17th Floor |
| Defendant. | Judge:  Honorable Vince Chhabria |
|  | Trial: January 16, 2018 |

Pursuant to Paragraph 37 of the Court's Standing Order for Civil Jury Trials, Plaintiff Oakland Bulk & Oversized Terminal, LLC ("OBOT") respectfully submits these discovery designations. Attached hereto as **Exhibit A** are OBOT's deposition designations, Defendants' objections and counter-designations, and OBOT's respective counter-counter-designations and objections for the following witnesses (along with a key describing the abbreviations used for OBOT's objections):

| Witness |
|---|
| **Doug Cole**, Project Manager, City of Oakland |
| **Sabrina Landreth**, City Administrator, City of Oakland |
| **Stephen Sullivan**, City of Oakland Expert Witness |
| **James Wolff**, Chief Financial Officer, Bowie Resource Partners |

Additionally, attached hereto as **Exhibit B** are OBOT's designations of Defendant-Intervenor Sierra Club's written responses to OBOT's Interrogatories and Requests for Admission, with yellow highlighting delineating the portion of those written discovery responses designated by OBOT. Sierra Club did not object to these designations. However, Sierra Club sought to "counter-designate" its own responses, and its proposed counter-designations are shown in green highlighting in the attached **Exhibit C**. OBOT objects to Sierra Club's counter-designations in their entirety. Sierra Club's own written responses may not be designated or offered by Sierra Club at trial because they are hearsay. *See* Fed. R. Evid. 802. Further, certain of Sierra Club's counter-designations relate to interrogatories or requests for admission that were not designated by OBOT in the first place, and therefore are not proper counter-designations. *See* Exhibit C, at ROG 7, RFA 5. Accordingly, OBOT respectfully requests that only those designations to Sierra Club's responses attached in Exhibit B be permitted at trial.

Dated:  January 9, 2017                  Respectfully submitted,

                                     By:   */s/ Robert P. Feldman*
                                          Robert P. Feldman

                                          Attorney for Plaintiff
                                          OAKLAND BULK & OVERSIZED
                                          TERMINAL, LLC