UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLAND BULK & OVERSIZED TERMINAL, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF OAKLAND,<br><br>　　　　　Defendant. | Case No. 16-cv-07014-VC<br><br>**ORDER DENYING CROSS-MOTIONS FOR SUMMARY JUDGMENT ON THE BREACH OF CONTRACT CLAIM**<br><br>Re: Dkt. Nos. 135, 145, 156 |

　　For the reasons stated at the hearing, the cross-motions for summary judgment on the breach of contract claim are denied. The cross-motions for summary judgment on the constitutional and federal preemption claims remain under submission and will be decided, if necessary, after the breach of contract claim is adjudicated.

　　**IT IS SO ORDERED.**

Dated: January 12, 2018

VINCE CHHABRIA
United States District Judge