UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLAND BULK & OVERSIZED TERMINAL, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND,<br><br>    Defendant. | Case No. 16-cv-07014-VC<br><br>**ORDER RE DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 204 |

In considering the parties' dispute about whether the City of Oakland may permissibly withhold documents on grounds of privilege or work-product protection, the Court will conduct a spot check by reviewing selected documents in camera. By Saturday, January 13, 2018, at 2:00 pm, the City shall email to vccrd@cand.uscourts.gov, without CC'ing opposing counsel, the documents identified in Privilege Log Nos. 24, 25, 73, 76, 93, 101, 185, 190, 210, 215, 218, 610, and 611.

    **IT IS SO ORDERED.**

Dated: January 12, 2018

_____
VINCE CHHABRIA
United States District Judge