UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL BENCH TRIAL MINUTES

| **Date:** January 16, 2018 | **Time:** 5 hours 1 minute | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-cv-07014-VC | **Case Name:** Oakland Bulk & Oversized Terminal, LLC   v. City of Oakland | |

**Attorney for Plaintiff:** Robert Feldman, David Myre, Meredith Shaw, and Stephen Swedlow
**Attorney for Defendant:** Kevin Siegel, Timothy Colvig, Gregory Aker, Christopher Long
**Attorney for Defendant Intervenor:** Colin O'Brien, Heather Lewis, Jessica Yarnall Loarie, Adrienne Bloch, Marie Logan, Joanne Spalding

**Deputy Clerk:** Kristen Melen          **Court Reporter:** Debra Pas

**Trial Began:** January 16, 2018

**Further Trial:** January 17, 2018, at 10:00 a.m.

PROCEEDINGS:

Bench Trial - Day 1.

RULINGS AND ORDERS:

The declaration of Heather Klein is due by the end of day on January 17, 2018.

**Witness sworn and examined:**
- Patrick Cashman
- Darin Ranelletti
- Phillip Tagami
- Crescentia Brown
- Victoria Evans

**ADMITTED EXHIBITS: 65, 584, 976, 972, 138, 842, 1225, 448 (Based on a list provided to the courtroom deputy prior to the calling of the case.)**

**The parties stipulated on the record in the middle of trial today to the admission of all exhibits unless there is a stated objection by a party during testimony. The parties must work with the courtroom deputy to insure that all exhibits that are meant to be admitted into evidence will be moved in.