# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL BENCH TRIAL MINUTES

| **Date:** January 17, 2018 | **Time:** 5 hours 15 minute | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-cv-07014-VC | **Case Name:** Oakland Bulk & Oversized Terminal, LLC   v. City of Oakland | |

**Attorney for Plaintiff:** Robert Feldman, David Myre, Meredith Shaw, Eliyahu Ness and Stephen Swedlow
**Attorney for Defendant:** Kevin Siegel, Timothy Colvig, Gregory Aker, Christopher Long
**Attorney for Defendant Intervenor:** Colin O'Brien, Heather Lewis, Jessica Yarnall Loarie, Adrienne Bloch, Marie Logan, Joanne Spalding

**Deputy Clerk:** Kristen Melen                **Court Reporter:** Debra Pas

**Trial Began:** January 16, 2018

**Further Trial:** January 19, 2018, at 10:00 a.m.

## PROCEEDINGS:

Bench Trial - Day 2.

## RULINGS AND ORDERS:

**Witness sworn and examined:**
- **Patricia Evans (previously sworn)**
- **Sabrina Landreth (video deposition)**
- **Douglas Cole (video deposition)**
- **James Wolff (video deposition)**
- **Mark McClure**
- **David Buccolo**
- **Lyle Chinkin**
- **Dr. Michael Andrew Maier**
- **Dr. Ali Rangwala**

**ADMITTED EXHIBITS:**

**\*\*The parties stipulated on the record in the middle of trial on January 16th to the admission of all exhibits unless there is a stated objection by a party during testimony. The parties must work with the courtroom deputy to insure that all exhibits that are meant to be admitted into evidence will be moved in.