# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL BENCH TRIAL MINUTES

| **Date:** January 19, 2018 | **Time:** 5 hours 7 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.:** 16-cv-07014-VC | **Case Name:** Oakland Bulk & Oversized Terminal, LLC   v. City of Oakland | |

**Attorney for Plaintiff:** Robert Feldman, David Myre, Meredith Shaw, Eliyahu Ness, Stephen Swedlow, and Nathan Feldman
**Attorney for Defendant:** Kevin Siegel, Timothy Colvig, Gregory Aker, Christopher Long
**Attorney for Defendant Intervenor:** Colin O'Brien, Heather Lewis, Jessica Yarnall Loarie, Adrienne Bloch, Marie Logan, Joanne Spalding

**Deputy Clerk:** Kristen Melen                                              **Court Reporter:** Debra Pas

**Trial Began:** January 16, 2018

### PROCEEDINGS:

Bench Trial - Day 3.

### RULINGS AND ORDERS:

**Witness sworn and examined:**
- **Claudia Cappio**
- **Dr. Ranajit Sahu**
- **Dr. Hope "Nadia" Moore**
- **Dr. Zoe Chafe**
- **Dr. Carlos Fernandez Pello**
- **Stephen Sullivan**
- **James Wolff by video deposition**

**ADMITTED EXHIBITS:** 4, 14, 19, 24, 25, 31, 32, 42 , 46, 47, 48, 53, 57, 58, 62, 65, 96, 98, 103, 128, 131, 133, 135, 136, 138, 141, 145, 149, 166, 213, 214, 216, 217, 221, 281, 286, 371, 372, 388, 431-433, 435, 440, 448, 453, 454, 463, 466, 478, 515, 516, 522, 584, 593, 594, 596, 608, 612, 630, 635, 736, 738, 814, 815, 842, 844, 845, 848, 900, 915, 930, 960, 961, 972, 976, 982, 1069, 1083-1085, 1207, 1225, 1229, 1238-1261, 1267, 1272, 1273, 1278

*Parties will file a stipulation encompassing all exhibits they stipulate to admitting into evidence and provide the Clerk with a copy of the exhibits for admission and retention by the Court.