1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Robert P. Feldman (Bar No. 69602)
2   bobfeldman@quinnemanuel.com
    David Myre (Bar No. 304600)
3   davidmyre@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
5  Facsimile:    (650) 801-5100

6  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Meredith M. Shaw (Bar No. 284089)
7   meredithshaw@quinnemanuel.com
   50 California Street, 22nd Floor
8  San Francisco, CA 94111
   Telephone:    (415) 875-6600
9
   Attorneys for Plaintiff
10 OAKLAND BULK & OVERSIZED TERMINAL, LLC

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

| OAKLAND BULK & OVERSIZED TERMINAL, LLC, | Case No. 3:16-cv-07014-VC |
|---|---|
| Plaintiff, | **PLAINTIFF OAKLAND BULK & OVERSIZED TERMINAL, LLC'S STATEMENT OF NONOPPOSITION** |
| vs. | |
| CITY OF OAKLAND, | |
| Defendant. | |

1  On October 4, 2018, Defendant City of Oakland filed a Motion for Waiver of Bond
2 Requirement for Stay of Judgment of Costs on Appeal. (D.E. 272.) Pursuant to Civil Local Rule
3 7-3(b), Plaintiff Oakland Bulk & Oversize Terminal, LLC respectfully submits this Statement of
4 Nonopposition, as Plaintiff does not oppose Defendant's Motion for Waiver of Bond Requirement
5 for Stay of Judgment of Costs on Appeal.

Dated: October 18, 2018

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Robert Feldman*
Robert P. Feldman

Attorneys for Plaintiff

-1-   Case No. 3:16-cv-07014-VC
OAKLAND BULK & OVERSIZED TERMINAL, LLC'S STATEMENT OF NONOPPOSITION